UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALONSO MORALES,<br><br>Petitioner,<br><br>v.<br><br>WARDEN, F.C.I. HERLONG,<br><br>Respondent. | No. 2:23-cv-0761 DAD CKD P<br><br><br><br>FINDINGS AND RECOMMENDATIONS |

Petitioner is a is a federal prisoner proceeding pro se with a petition for writ of habeas corpus under 28 U.S.C. § 2241. On October 24, 2023, respondent filed a motion to dismiss. On December 7, 2023, petitioner was ordered to file an opposition or a statement of non-opposition to the pending motion within thirty days. In the same order, petitioner was informed that failure to file an opposition would result in a recommendation that this action be dismissed pursuant to Fed. R. Civ. P. 41(b). The thirty-day period has now expired, and petitioner has not responded to the court's order.

For the foregoing reasons, IT IS HEREBY RECOMMENDED that this action be dismissed pursuant to Federal Rule of Civil Procedure 41(b).

These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days after being served with these findings and recommendations, any party may file written

1

objections with the court and serve a copy on all parties.  Such a document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Any response to the objections shall be filed and served within fourteen days after service of the objections.  The parties are advised that failure to file objections within the specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951 F.2d 1153 (9th Cir. 1991).

Dated:  January 22, 2024

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

1
mora0761.146