UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ANTONIO ALONSO MORALES, | No. 2:23-cv-00761-DAD-CKD (HC) |
| Petitioner, | |
| v. | ORDER ADOPTING FIDNINGS AND RECOMMENDATIONS AND DISMISSING THIS ACTION |
| WARDEN, | |
| Respondent. | (Doc. Nos. 5, 10, 12) |

Petitioner Antonio Alonso Morales is a federal prisoner proceeding *pro se* with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On January 23, 2024, the assigned magistrate judge issued findings and recommendations recommending that this action be dismissed, without prejudice, due to petitioner's failure to prosecute this action and failure to obey a court order.  (Doc. No. 12.)  Specifically, in an order issued on December 7, 2023, petitioner was ordered to file an opposition or a statement of non-opposition to respondent's pending motion to dismiss within thirty days, and petitioner did not do so.  The pending findings and recommendations were served upon the parties and contained notice that any objections thereto were to be filed within fourteen (14) days after service.  (*Id*. at 1.)  The service copy of the findings and recommendations, which was mailed to petitioner at his address of record, was returned to the court as "Undeliverable, Return to Sender, No Longer

1

Here."[1]  To date, no objections to the pending findings and recommendations have been filed and the time in which to do so has passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court concludes that the pending findings and recommendations are supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on January 23, 2024 (Doc. No. 12) are adopted in full;

2. The petition for writ of habeas corpus (Doc. No. 1) is dismissed, without prejudice;[2]

3. The findings and recommendations issued on August 8, 2023 (Doc. No. 5) have been rendered moot by this order;

4. Respondent's motion to dismiss (Doc. No. 10) is denied as having been rendered moot by this order; and

5. The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:  **April 2, 2024**

　　　　　　　　　　　　　　　　　　　　　　　　/s/ Dale A. Drozd
DALE A. DROZD
UNITED STATES DISTRICT JUDGE

---

[1] The court notes that according to the U.S. Bureau of Prisons Inmate Locator, petitioner was released from BOP custody on December 19, 2023.

[2] Because petitioner is a federal prisoner bringing a § 2241 petition, a certificate of appealability is not required.  *See Harrison v. Ollison*, 519 F.3d 952, 958 (9th Cir. 2008) ("The plain language of [28 U.S.C.] § 2253(c)(1) does not require a petitioner to obtain a COA in order to appeal the denial of a § 2241 petition.").